UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>VICTOR CASTILLO,<br><br>                Defendant. | **ORDER**<br><br>25 Cr. 494 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the sentencing of Defendant Castillo will take place on **January 20, 2026, at 3:00 p.m**. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  Sentencing submissions on behalf of the Defendant are due on **January 6, 2026**, and the Government's sentencing submission is due on **January 13, 2026**.

      The Probation Office is directed to prepare a pre-sentence report for Defendant Castillo.

Dated: New York, New York
       October 21, 2025

                                              SO ORDERED.

                                              _____
                                              Paul G. Gardephe
                                              United States District Judge