UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VICTOR CASTILLO,

Defendant.

**ORDER**

25 Cr. 494 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of Defendant Castillo is adjourned from January 20, 2026, to **March 16, 2026 at 3:00 p.m.**  Sentencing submissions on behalf of the Defendant are due on **March 2, 2026**, and the Government's sentencing submission is due on **March 9, 2026**.

Dated: New York, New York
          December 18, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge