UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VICTOR CASTILLO,

Defendant.

**ORDER**

25 Cr. 494 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Castillo currently scheduled for March 23, 2026, is adjourned to **April 1, 2026 at 3:00 p.m.**

Dated: New York, New York
       March 18, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge