# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 18, 2026

**By ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*[signature]*

**Paul G. Gardephe, U.S.D.J.**

Dated:  March 20, 2026

Re: <u>United States v. Victor Castillo</u>
     **25-Cr-494 (PGG)**

Dear Judge Gardephe:

Sentencing in this matter was recently rescheduled to April 1 at 3 p.m.  Due to a scheduling conflict, I write to request that the Court reschedule the sentencing for April 2 at 11 a.m.  I have conferred with the government, which is also available at that time.

Sincerely,

*[signature]*

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSA Lauren Phillips