UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VICTOR CASTILLO,

Defendant.

**ORDER**

25 Cr. 494 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Castillo currently scheduled for April 2, 2026 at 11:00 a.m. is adjourned to **April 2, 2026 at 11:30 a.m.**

Dated: New York, New York
       March 31, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge